IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. DIESEL, | No. C 03-01954 WHA |
| Petitioner, | |
| v. | **ORDER RE BRIEFING** |
| JOHN CAVALLI, | |
| Respondent. | |

Petitioner recently became represented by counsel. If counsel wishes to submit additional briefing, he may submit an amended traverse or other filing by **MARCH 31, 2006**. If he will not submit additional briefing, notice must be given to the Court and respondent by **MARCH 8, 2006**.

**IT IS SO ORDERED.**

Dated: March 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE